**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Taneisha Artison and Eric Anderson, Defendants,

Of whom Taneisha Artison is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-000642

―――――――――

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge,

―――――――――

Unpublished Opinion No. 2015-UP-521
Submitted October 15, 2015 – Filed November 13, 2015

―――――――――

**AFFIRMED**

―――――――――

Richard Whitney Allen, of The Law Offices of Richard W. Allen, L.L.C., of Laurens, for Appellant.

Robert C. Rhoden, III, of South Carolina Department of Social Services, of Spartanburg, for Respondent.

Michael Todd Thigpen, Attorney at Law, of Spartanburg, for the Guardian ad Litem.

**PER CURIAM:**  Taneisha Artison appeals the family court's final order terminating her parental rights to her four minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Taneisha Artison's counsel.

**AFFIRMED.**[1]

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.